UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY LEE PEARSON,<br><br>    Plaintiff,<br><br>v.<br><br>EDGAR CLARK, et al.,<br><br>    Defendants.<br>_____/ | 1:12-cv-0465-MJS (PC)<br><br>VOLUNTARY DISMISSAL OF ACTION<br><br>(ECF No. 5)<br><br>CLERK SHALL CLOSE CASE |

    Plaintiff Gary Lee Pearson ("Plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

    This action was initiated on March 28, 2012. (ECF No. 1.) On April 9, 2012, Plaintiff filed a motion with the Court asking that this Complaint be voluntarily dismissed. (ECF No. 5.) Plaintiff alleges that the Complaint was fabricated and wrongfully initiated by another individual in Plaintiff's name. (ECF No. 7.)

    Under Fed. R. Civ. P. 41(a)(1)(A), a plaintiff may dismiss an action without a court order by filing a notice of dismissal. Plaintiff's motion is interpreted as a notice of dismissal.

    Accordingly, pursuant to Fed. R. Civ. P. 41, this action is hereby DISMISSED without prejudice.

1 | The Clerk shall CLOSE this case.

4 | IT IS SO ORDERED.

5 | Dated: May 1, 2012          /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE