1

2

3

4

5

6

7

8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

12   GARY LEE PEARSON,                    1:12-cv-0465-MJS (PC)

13            Plaintiff,
                                          VOLUNTARY DISMISSAL OF ACTION
14   v.

15   EDGAR CLARK, et al.,                 (ECF No. 5)

16            Defendants.
                                          CLERK SHALL CLOSE CASE
17   _____/

18        Plaintiff Gary Lee Pearson ("Plaintiff") is a state prisoner proceeding pro se in a civil

19   rights action pursuant to 42 U.S.C. § 1983.

20        This action was initiated on March 28, 2012. (ECF No. 1.) On April 9, 2012, Plaintiff

21   filed a motion with the Court asking that this Complaint be voluntarily dismissed. (ECF No.

22   5.) Plaintiff alleges that the Complaint was fabricated and wrongfully initiated by another

23   individual in Plaintiff's name. (ECF No. 7.)

24        Under Fed. R. Civ. P. 41(a)(1)(A), a plaintiff may dismiss an action without a court

25   order by filing a notice of dismissal. Plaintiff's motion is interpreted as a notice of

26   dismissal.

27        Accordingly, pursuant to Fed. R. Civ. P. 41, this action is hereby DISMISSED

28   without prejudice.

                                        -1-

1    The Clerk shall CLOSE this case.

2

3

4   IT IS SO ORDERED.

5   Dated:    May 1, 2012         /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

1